**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**


| | | |
|---|---|---|
| **THE SUPERIOR BEVERAGE CO.,** | ) | **CASE NO.  4:05 CV 834** |
| **INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SCHIEFFELIN & CO.** | ) | **MEMORANDUM OPINION** |
| *fka* **Schieffelin & Somerset Co.** | ) | **AND ORDER** |
| | ) | |
| **Defendant** | ) | |

-------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **GOODMAN BEVERAGE CO.,** | ) | **CASE NO.  4:05 CV 868** |
| **INC.,** *et al.* | ) | |
| | ) | |
| **Plaintiffs** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SCHIEFFELIN & CO.** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| **Defendant** | ) | |

This matter is before the Court upon the prior order requesting that the parties address

the potential applicability of the abstention doctrine established in <u>Louisiana Power & Light</u> <u>v. Thibodaux</u>, 360 U.S. 25 (1959). <u>See</u> (Case No. 4:05 CV 834, Dkt. # 25; Case No. 4:05 CV 868, Dkt. # 24). The Court hereby orders that all filings to be submitted in advance of the preliminary injunction hearing scheduled for June 3, 2005 shall be **STAYED** pending the Court's ruling on the abstention issue.

**IT IS SO ORDERED.**

<u>**/s/ Peter C. Economus - May 25, 2005**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**